**No. 48476.**—Protests 95111–K, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.